UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2025 APRIL 16
JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

| | |
|---|---|
| In re: | |
| | CHAPTER 7 |
| STEPHEN ANTHONY PANTAGIS and ESTHIMIA PANTAGIS, | |
| Debtors. | Case No. 21-18517 (CMG) |
| | |
| ENB TRUST, INDIVIDUALLY AND AS ASSIGNEE OF YYB TRUST, | |
| | ADV. NO.: 22-01404 (RG) |
| Plaintiff, | |
| v. | |
| | Civil Action No. 23-3586-ZNQ |
| STEPHEN PANTAGIS, *et al.*, | |
| Defendants. | |

## **ORDER ON REMAND**

**THIS MATTER** having been opened to the Court upon remand from the United States District Court for the District of New Jersey in Civil Action No. 23-3586-ZNQ, *Letter Order* dated February 15, 2024 of the Honorable Zahid N. Quraishi, USDJ, and this Court having reviewed supplemental briefing submitted by the parties following the status conference held before this Court on November 19, 2024 and this Court having heard oral argument on February 20, 2025 at which Mr. Israel Grossman appeared on behalf of Plaintiff, ENB Trust, individually and as Assignee of YYSB Trust and Edgar M. Whiting, Esq. of d'Arcambal Ousley &Cuyler Burk, LLP

appeared on behalf of Prudential Insurance Company of America, and for the reasons set forth in the Opinion on Remand accompanying this Order, it is hereby

**SO ORDERED**:

1. The evidence before the Bankruptcy Court at the time of the June 13, 2023 hearing on the Plaintiff's Motion for Reconsideration (ECF 9) of the Order Dismissing Adversary Proceeding (ECF 6) before Bankruptcy Judge Kathryn C. Ferguson was insufficient to conclusively determine that Mr. Grossman was the sole beneficiary of the ENB Trust and that there were no creditors of the Trust so as to allow Mr. Grossman, a non-attorney, to represent the Plaintiff, ENB Trust.

2. Mr. Grossman's Motion to Extend the time to file a Notice of Appeal (ECF 27) to June 29, 2023 is granted.

Dated: April 16, 2025

_____
Honorable Rosemary Gambardella
United States Bankruptcy Judge